```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 03560
   ANDRE C BRADLEY
   DORRICE BRADLEY                             CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-8137     SSN XXX-XX-5162

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/03/2005 and was confirmed 05/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 07/09/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------------
NUVELL CREDIT CORPORATIO  SECURED            10613.00        1131.83        10613.00
WELLS FARGO FINANCIAL     SECURED                 .00            .00             .00
NUVELL CREDIT CORPORATIO  UNSECURED         NOT FILED            .00             .00
AMERICAS SERVICING COMPA  CURRENT MORTG          .00            .00             .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE          .00            .00             .00
AFNI                      UNSECURED         NOT FILED            .00             .00
GC SERVICES DATA CONTROL  UNSECURED         NOT FILED            .00             .00
CAPITAL ONE BANK          UNSECURED           883.27            .00          262.27
CBUSA INC                 UNSECURED           469.75            .00          139.49
COMCAST                   UNSECURED         NOT FILED            .00             .00
HOUSEHOLD BANK GM CARD    UNSECURED         NOT FILED            .00             .00
NATIONAL CREDIT ADJUSTER  UNSECURED         NOT FILED            .00             .00
NCO FINANCIAL SYSTEMS     UNSECURED         NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED            .00             .00
ASSET ACCEPTANCE CORP     UNSECURED           209.41            .00           62.18
CAPITAL ONE BANK          UNSECURED           615.76            .00          182.84
DAVID M SIEGEL            DEBTOR ATTY       2,244.00                       2,244.00
TOM VAUGHN                TRUSTEE                                            789.39
DEBTOR REFUND             REFUND                                                 .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             15,425.00

PRIORITY                                            .00
SECURED                                       10,613.00
    INTEREST                                   1,131.83
UNSECURED                                        646.78
ADMINISTRATIVE                                 2,244.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 03560 ANDRE C BRADLEY & DORRICE BRADLEY
```

```
TRUSTEE COMPENSATION                                              789.39
DEBTOR REFUND                                                        .00
                                              ---------------   ---------------
TOTALS                                             15,425.00         15,425.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 10/18/07                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 03560 ANDRE C BRADLEY & DORRICE BRADLEY